MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SHIRLEY EGGLESTON,<br><br>    Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION,<br><br>    Defendant. | No. C 07-5552 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

### STIPULATION

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorneys fees to any party and that the attached Order may be entered.

DATED this ____ day of March, 2008.

BRIGGS & BRIGGS                          FORSBERG & UMLAUF, P.S.


By: _____     By:_____
   Shawn Briggs WSBA #16162                Roy Umlauf, WSBA # 15437
   Attorneys for Plaintiff                 Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL – PAGE 1
CAUSE NO.

360341 / 1523.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX

# ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims of the parties be dismissed with prejudice and without costs or attorneys fees to any party.

DATED this 14th day of April, 2008.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

FORSBERG & UMLAUF, P.S.

By:_____
   Roy Umlauf, WSBA # 15437
   Attorneys for Defendants

Approved for Entry, Notice of Presentation Waived:

By:_____
   Shawn Briggs, WSBA # 16162
   Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL – PAGE 2
CAUSE NO.

360341 / 1523.0022

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON  98164-2050
(206) 689-8500 • (206) 689-8501 FAX